

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-13-00318-CV**

**IN RE JOHN C. PASCHALL**

**Original Proceeding**

**MEMORANDUM  OPINION**

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed October 17, 2013
[OT06]